**FILED**
APR 29 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CW

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA  Plaintiff, | CV 08 -2225 (PR) |
| vs. | CASE NO. E039133 |
| VICENTE ARRAIGA ALVAREZ  Defendant. | PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS |

I, **VICENTE A. ALVAREZ**, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed?    Yes ___   No _X_

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____    Net: _____

Employer: _____
_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

PRIS. APPLIC. TO PROC. IN FORMA
PAUPERIS, Case No. E039133          - 1 -

1  and wages per month which you received. (If you are imprisoned, specify the last place of
2  employment prior to imprisonment.)
3  __REDLANDS, CA    $500.00  p/WEEK__
4  __CONSTRUCTION JOB    2002-2004_____
5  _____

6  2.  Have you received, within the past twelve (12) months, any money from any of the following
7  sources:

8  a.  Business, Profession or              Yes ___  No _X_
9      self employment

10 b.  Income from stocks, bonds,           Yes ___  No _X_
11     or royalties?

12 c.  Rent payments?                       Yes ___  No _X_

13 d.  Pensions, annuities, or              Yes ___  No _X_
14     life insurance payments?

15 e.  Federal or State welfare payments,   Yes ___  No _X_
16     Social Security or other govern-
17     ment source?

18 If the answer is "yes" to any of the above, describe each source of money and state the amount
19 received from each.
20 _____
21 _____

22 3.  Are you married?                     Yes ___  No _X_
23 Spouse's Full Name: _____
24 Spouse's Place of Employment: _____
25 Spouse's Monthly Salary, Wages or Income:
26 Gross $_____0.00_____ Net $_____0.00_____
27 4.  a.  List amount you contribute to your spouse's support : $ __0.00__
28     b.  List the persons other than your spouse who are dependent upon you for support

PRIS. APPLIC. TO PROC. IN FORMA
PAUPERIS, Case No. _E039133_              - 2 -

1  and indicate how much you contribute toward their support. (NOTE: For minor
2  children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).
3  _____
4  _____
5  5.    Do you own or are you buying a home?    Yes ____ No _X_
6  Estimated Market Value: $_____ Amount of Mortgage: $_____
7  6.    Do you own an automobile?    Yes ____ No _X_
8  Make _____ Year _____ Model _____
9  Is it financed? Yes _____ No _X_ If so, Total due: $ _____
10 Monthly Payment: $ _____
11 7.    Do you have a bank account? Yes ____ No _X_ (Do not include account numbers.)
12 Name(s) and address(es) of bank: _____
13 _____
14 Present balance(s): $ _____
15 Do you own any cash? Yes ____ No _X_ Amount: $ _____
16 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
17 market value.)    Yes ____ No _X_
18 _____
19 8.    What are your monthly expenses?
20 Rent: $ __500.00_____ Utilities: __150.00_____
21 Food: $ __200.00_____ Clothing: __150.00_____
22 Charge Accounts:
23 Name of Account            Monthly Payment            Total Owed on This Acct.
24 _____    $ _____    $ _____
25 _____    $ _____    $ _____
26 _____    $ _____    $ _____
27 9.    Do you have any other debts? (List current obligations, indicating amounts and to whom
28 they are payable. Do not include account numbers.)

PRIS. APPLIC. TO PROC. IN FORMA
PAUPERIS, Case No. E039133            - 3 -

1
2
3  10.  Does the complaint which you are seeking to file raise claims that have been presented in
4  other lawsuits?                              Yes ___ No _X_
5  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which
6  they were filed.
7                              N/A
8

9      I consent to prison officials withdrawing from my trust account and paying to the court the
10 initial partial filing fee and all installment payments required by the court.
11     I declare under the penalty of perjury that the foregoing is true and correct and understand
12 that a false statement herein may result in the dismissal of my claims.
13
14 _____                    *Vicente A. Alvarez* (signature)
15      DATE                              SIGNATURE OF APPLICANT
16
17
18
19
20
21
22
23
24
25
26
27
28

PRIS. APPLIC. TO PROC. IN FORMA
PAUPERIS, Case No. E039133                - 4 -

1
2                                           Case Number: __E039133__
3
4
5
6
7
8
9                              **CERTIFICATE OF FUNDS**
10                                         **IN**
11                                **PRISONER'S ACCOUNT**
12
13       I certify that attached hereto is a true and correct copy of the prisoner's trust account
14  statement showing transactions of __VICENTE A. ALVAREZ__ for the last six months at
15                                      [prisoner name]
16  __KERN VALLEY STATE PRISON__ where (s)he is confined.
17          [name of institution]
18       I further certify that the average deposits each month to this prisoner's account for the most
19  recent 6-month period were $ __0.00__ and the average balance in the prisoner's account
20  each month for the most recent 6-month period was $ __0.00__ .
21
22  Dated:_____                    _____
23                                           [Authorized officer of the institution]
24
25
26
27
28

- 5 -

VICENTE ARRAIGA ALVAREZ
*Petitioner*

THE PEOPLE OF THE STATE OF CALIFORNIA
*Respondent(s)*

**DECLARATION IN SUPPORT
OF REQUEST
TO PROCEED
IN FORMA PAUPERIS**

I, VICENTE ARRAIGA ALVAREZ, declare that I am the petitioner in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief.

1. Are you presently employed?  ☐ Yes   ☒ No

   a. If the answer is yes, state the amount of your salary or wages per month, and give the name and address of your employer. _____

   b. If the answer is no, state the date of last employment and the amount of the salary and wages per month which you received.  6/04   400$ A WEEK

2. Have you received, within the past twelve months, any money from any of the following sources?
   a. Business, profession or form of self-employment?   ☐ Yes   ☒ No
   b. Rent payments, interest or dividends?              ☐ Yes   ☒ No
   c. Pensions, annuities or life insurance payments?    ☐ Yes   ☒ No
   d. Gifts or inheritances?                             ☐ Yes   ☒ No
   e. Any other sources?                                 ☐ Yes   ☒ No

   If the answer to any of the above is yes, describe each source of money and state the amount received from each during the past twelve months: _____

3. Do you own any cash, or do you have money in a checking or savings account? *(Include any funds in prison accounts)*
   ☐ Yes   ☒ No
   If the answer is yes, state the total value of the items owned: _____

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property? *(Excluding ordinary household furnishings and clothing)* ☐ Yes ☒ No
   If the answer is yes, describe the property and state its approximate value: _____
   _____

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support: ____NO ONE_____
   _____

I, declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Executed on _____         _____Vicente Alvarez_____
              Date                               Signature of Petitioner

### CERTIFICATE

I hereby certify that the Petitioner herein has the sum of $_____0_____ on account to his credit at the ____KERN VALLEY STATE PRISON_____ institution where he is confined. I further certify that Petitioner likewise has the following securities to his credit according to the records of said institution: ____N/A_____

_____4/14/08_____          _____[signature]_____
     Date                      Authorized Officer of Institution/Title of Officer

```
REPORT ID: TS3030  .701                                REPORT DATE: 04/14/08
                                                       PAGE NO:      1
                    CALIFORNIA DEPARTMENT OF CORRECTIONS
                         KERN VALLEY STATE PRISON
                       INMATE TRUST ACCOUNTING SYSTEM
                       INMATE TRUST ACCOUNT STATEMENT

             FOR THE PERIOD: OCT. 01, 2007 THRU APR. 14, 2008

ACCOUNT NUMBER : V99688                    BED/CELL NUMBER: FBB800000000113L
ACCOUNT NAME   : ALVAREZ, VICENTE ARRAIGA    ACCOUNT TYPE: I
PRIVILEGE GROUP: A
                            TRUST ACCOUNT ACTIVITY

    * THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
    * IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.       *


  << NO ACCOUNT ACTIVITY FOR THIS PERIOD >>

                           TRUST ACCOUNT SUMMARY

  BEGINNING      TOTAL         TOTAL         CURRENT        HOLDS       TRANSACTIONS
   BALANCE      DEPOSITS     WITHDRAWALS     BALANCE       BALANCE      TO BE POSTED
  ---------    ----------    -----------    ----------    ---------    -------------
      0.00         0.00          0.00          0.00          0.00           0.00

                                              CURRENT
                                             AVAILABLE
                                              BALANCE
                                           -------------
                                                 0.00
                                           -------------
```

THE WITHIN INSTRUMENT IS A
CORRECT COPY OF THE TRUST
ACCOUNT MAINTAINED BY THIS OFFICE.
ATTEST:

CALIFORNIA DEPARTMENT OF
CORRECTIONS AND REHABILITATION

BY _____
   TRUST OFFICE

```
REPORT ID: TS3030 .701                                          REPORT DATE: 04/14/08
                                                                PAGE NO:         1
                     CALIFORNIA DEPARTMENT OF CORRECTIONS
                          HIGH DESERT STATE PRISON
                       INMATE TRUST ACCOUNTING SYSTEM
                      INMATE TRUST ACCOUNT STATEMENT

               FOR THE PERIOD: OCT. 01, 2007 THRU APR. 14, 2008

ACCOUNT NUMBER : V99668                     BED/CELL NUMBER:
ACCOUNT NAME   : ALVAREZ, VICENTE ARRAIGA   ACCOUNT TYPE: I
PRIVILEGE GROUP:

                        TRUST ACCOUNT ACTIVITY

            << NO ACCOUNT ACTIVITY FOR THIS PERIOD >>

                        TRUST ACCOUNT SUMMARY

 BEGINNING      TOTAL        TOTAL       CURRENT      HOLDS      TRANSACTIONS
  BALANCE      DEPOSITS    WITHDRAWALS   BALANCE     BALANCE      TO BE POSTED
   0.00          0.00         0.00         0.00        0.00         0.00

                                                      CURRENT
                                                    AVAILABLE
                                                      BALANCE
                                                       0.00
```

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 4-14-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY [signature]
TRUST OFFICE

UNITED STATES DISTRICT COURT

DISTRICT OF CALIFORNIA

Plaintiff's name:
THE PEOPLE OF THE
STATE OF CALIFORNIA
vs.

Case Number: E039133

Defendant's name:

VICENTE ARRAIGA ALVAREZ    /    PROOF OF SERVICE

I, the undersigned, hereby certify that I am over the age of eighteen years and ___ a party to the above-entitled action.

On APRIL - 16, 2008, I served a copy of FEDERAL HABEAS CORPUS PETITION & IN FORMA PAUPERIS, by placing said copy in a postage paid envelope addressed to the person hereinafter listed, by depositing said envelope in the United States Mail:

(LIST ALL DEFENDANTS SERVED IN THIS ACTION)

VICENTE ARRAIGA ALVAREZ

I declare under penalty of perjury that the foregoing is true and correct.

Vicente A Alvarez
(Signed)

Attachment 7