```
ALVAREZ, VICENTE
CDC# V-99688
BOX 5102
DELANO, CA 93216-5102
PLAINTIFF PRO SE
```

FILED
APR 29 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

CV 08    2225 CW (PR)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICENTE ARRAIGA ALVAREZ, <br> PLAINTIFF, <br> V. <br> THE PEOPLE OF THE STATE OF CALIFORNIA, <br> DEFENDANT(S). | CASE NO. E039133 <br><br> MOTION FOR APPOINTMENT OF COUNSEL. |

Plaintiff moves this court for an order appointing counsel to represent me because I cannot afford to employ an attorney. This motion is based on plaintiff's affidavit in support of motion for leave to proceed in forma pauperis for appointment of counsel. Legal authority for appointment and compensation of counsel is 28 USC §1915 (d), 18 USC §3006 A(g), and McClain v. Manson, 343 F.Supp 382 (1972)

Dated: 3/27/08

_Vicente A. Alvarez_
Plaintiff                    PRO SE